Thornton Davidson #166487
THORNTON DAVIDSON, P.C.
1195 W. Shaw Ave., Suite A
Fresno, California 93711
Tel: (559) 476-5064
Fax: (559) 421-0368
E-mail: thornton@thorntondavidsonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| AKAL BROADCASTING CORP., a California corporation; XL MEDIA (CA), INC., a California corporation; AKAL MEDIA, INC., a Washington corporation; CHARANJIT S. BATTH, an individual; NACHHATAR S. DHALIWAL, an individual; BALRAJ S. BRAR, an individual; NAZAR S. KOONER, an individual,<br><br>              Plaintiffs,<br>vs.<br><br>SUKHDEV SINGH DHILLON, a Canadian citizen; MOHAN S CHEEMA; TARNVIR S BISLA; JAGDEEP S DHALIWAL; BAAZ BROADCASTING CORP., a Washington corporation; RADIO PUNJAB, INC., a California corporation; AMAR BROADCASTING INC., a Washington corporation; TEG BROADCASTING INC., a Washington corporation; RADIO SPICE USA INC., a California corporation; and DOES 1-50,<br><br>              Defendants. | Case No.: 1:24-CV-00029-SAB<br><br>**INTERIM STIPULATION RE: INJUNCTIVE RELIEF; ORDER** |

This Stipulation re: Injunctive Relief is entered into by Plaintiffs AKAL BROADCASTING CORP., a California corporation; XL MEDIA (CA), INC., a California corporation; AKAL MEDIA, INC., a Washington corporation; CHARANJIT S. BATTH, an individual; NACHHATAR S. DHALIWAL, an individual; BALRAJ S. BRAR, an individual; NAZAR S. KOONER, an individual ("Plaintiffs") and Defendants Sukhdev Singh Dhillon, BAAZ BROADCASTING CORP., a Washington corporation; RADIO PUNJAB, INC., a California corporation; AMAR BROADCASTING INC., a Washington corporation; TEG BROADCASTING INC., a Washington corporation; RADIO SPICE USA INC., a California corporation ("Defendants"), and their agents, servants, employees, investors, officers and all persons and entities in active concert and participation with them (collectively, the "Associated Parties").

The parties stipulate that Defendants and Associated Parties agree to completely and permanently refrain from the following actions beginning 15 days after the date of this Stipulation until otherwise stipulated in writing by the Parties or ordered by the Court:

1. Using the Radio Punjab mark (or any other mark(s) confusingly similar thereto) for, on, and/or in connection with over-the-air radio broadcasting in the Fresno, Bakersfield, and Seattle radio markets. This prohibition will apply to broadcasting on KGST Fresno, KWAC Bakersfield, KNTS Seattle, KOKO-FM Fresno, and any other stations to be licensed or programmed or otherwise operated by any of the Defendants or their Associated Parties in the future in Fresno, Bakersfield, and Seattle.

2. Using the Radio Punjab mark (or any other mark(s) confusingly similar thereto), including the Radio Punjab logo, in any manner in the Fresno, Bakersfield, and Seattle radio markets, including any mention on KGST Fresno, KWAC Bakersfield, KNTS Seattle, KOKO-FM, and any other radio station operated by any of the Defendants or their associated Parties in the future in Fresno, Bakersfield, and Seattle, on any website advertising or promoting itself as "Radio Punjab," including but not limited to Defendants' website; radiopunjab.ca; and any use of the Radio Punjab logo in any advertising or promotion for Defendants' competing stations, such as on vehicles or other promotional material.

3. Plaintiffs and Defendants agree not to disparage each other, their respective entities, radio stations, and/or investors, in any manner which does or tends to diminish the reputation, quality, or commercial viability of said persons or enterprises.

4. Using, on the airwaves in the Fresno, Bakersfield and Seattle radio markets, the same "jingle" previously used for Radio Punjab which states: "This is the Radio Punjab, it goes with you everywhere, when you're in the store, in the house, on the highway, this is the Radio Punjab." This prohibition includes using the same jingle with a substitute name such as Spice Radio.  In effect, they must use a completely new "jingle" with different words.

5. Using the Radio Punjab mark (or any other mark(s) confusingly similar thereto) to solicit advertising from, enter into agreements with, and/or otherwise promote their identity with advertisers for KGST Fresno, KWAC Bakersfield, KNTS Seattle, KOKO-FM Fresno and any other stations to be licensed or programmed or otherwise operated by any of the Defendants or their Associated Parties in the future in Fresno, Bakersfield, or Seattle.

6. Disparaging any of Plaintiffs' radio stations through any broadcasting medium at any time, or intentionally attempting to confuse listeners and advertisers about Plaintiffs' radio stations' identity as Radio Punjab in Fresno, Bakersfield, and Seattle.

Plaintiffs:

AKAL BROADCASTING CORP.,  
a California corporation

_____  
Authorized Signer  
Name: _____

XL MEDIA (CA), INC.,  
a California corporation

_____  
Authorized Signer  
Name: _____

AKAL MEDIA, INC.,
a Washington corporation

_____    _____
Authorized Signer                 CHARANJIT S. BATTH
Name: _____

_____    _____
NACHHATAR S. DHALIWAL             BALRAJ S. BRAR

_____
NAZAR S. KOONER

Defendants:

                                  BAAZ BROADCASTING CORP.,
                                  a Washington corporation

_____
SUKHDEV SINGH DHILLON
                                  _____
                                  Authorized Signer
                                  Name: _____
RADIO PUNJAB, INC..,              AMAR BROADCASTING, INC.,
a California corporation          a Washington corporation

_____    _____
Authorized Signer                 Authorized Signer
Name: _____      Name: _____

TEG BROADCASTING INC.,            RADIO SPICE USA INC.,
a Washington corporation          a California corporation

_____    _____
Authorized Signer                 Authorized Signer
Name: _____      Name: _____


    IT SO ORDERED, ADJUDGED, AND DECREED.


IT IS SO ORDERED.

   Dated:  **April 17, 2024**            *Jennifer L. Thurston*
                                         _____
                                         UNITED STATES DISTRICT JUDGE

STIPULATION RE: INJUNCTIVE RELIEF; ORDER THEREON

4