# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL BROADCASTING CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SUKHDEV SINGH DHILLON, et al.,<br><br>Defendants. | Case No. 1:24-cv-00029-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDERING PLAINTIFFS TO PAY $150.00 SANCTION; ORDERING PLAINTIFFS FILE DISMISSAL OR STATUS REPORT BY MAY 16, 2024; CONTINUING STATUS CONFERENCE TO JULY 11, 2024<br><br>(ECF No. 13, 16, 17)<br><br>**MAY 16, 2024 DEADLINE** |

Plaintiffs initiated this action on January 5, 2024 against Defendants Sukhdev Singh Dhillon, Mohan S. Cheema, Tarnvir S. Bisla, Jagdeep S. Dhaliwal, Baaz Broadcasting Corp., Radio Punjab, Inc., Amar Broadcasting Inc., TEG Broadcasting Inc., and Radio Spice USA Inc. (ECF No. 1.) Plaintiffs failed to file proof of service on any Defendants. The mandatory scheduling conference was initially set for April 23, 2024, and a joint scheduling report was due on April 16, 2024. (ECF No. 4.) No joint scheduling report was filed by April 16, 2024.

Without a joint scheduling report, the Court issued an order on April 18, 2024 continuing the scheduling conference to May 21, 2024 and requiring that Plaintiffs file a status report no later than April 23, 2024 addressing the status of this action. (ECF No. 12.) Plaintiffs failed to file the status report by April 23, 2024.

On April 24, 2024, the Court ordered Plaintiffs to show cause in writing why sanctions should not be imposed for failure to file a status report as required by the Court's April 18, 2024

1   order. (ECF No. 13.) Plaintiffs failed to file a response to the order to show cause by April 30,
2   2024. Because Plaintiffs failed to comply with the Court's order, the Court imposed monetary
3   sanctions in the amount of $50.00 per day, beginning on May 3, 2024. (ECF No. 16.)

4   On May 6, 2024, Plaintiffs filed a status report. (ECF No. 17.) Therein, Plaintiffs state
5   they intend to dismiss Defendants Mohan S. Cheema, Tarnvir S. Bisla, and Jagdeep S. Dhaliwal
6   without prejudice, but fail to provide a date when such dismissal will be filed. (Id. at 2.) The
7   Court shall order that Plaintiffs file any dismissal no later than May 16, 2024, or, if Plaintiffs'
8   intent changes, file a status report addressing service or the need for entry of default.

9   Counsel for Plaintiffs filed a declaration in support of the status report acknowledging he
10  has no good excuse for his failure to respond to the Court's orders. (Id. at 3.) However, due to
11  personal issues, Plaintiff will be unavailable until June 1, 2024[1] and requests that the Court
12  continue the scheduling conference currently set for April 21, 2024. (Id. at 4.) The Court shall
13  discharge the order to show cause (ECF No. 13) and continue the scheduling conference to July
14  11, 2024.

15  Plaintiffs are ordered to pay $150.00 in sanctions via cashier's check to the Clerk of Court
16  for their failure to file a status report for three days, until May 6, 2024.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26
27  [1] The Court reminds the parties that any requests for extensions of time to respond to a counterclaim that are brought on the required filing date for the pleading "are looked upon with disfavor." L.R. 144(d) ("The parties are ordered to obtain any necessary extensions from the Court or from other counsel or parties in an action as soon as the need for
28  an extension becomes apparent.")

Accordingly, IT IS HEREBY ORDERED that:

1. The May 2, 2024 order to show cause (ECF No. 16) is DISCHARGED;

2. Plaintiffs are ORDERED to pay $150.00 in sanctions via cashier's check to the Clerk of Court;

3. Plaintiffs are ORDERED to file any voluntary dismissal of Defendants Mohan S. Cheema, Tarnvir S. Bisla, and Jagdeep S. Dhaliwal from this action **no later than May 16, 2024**;

4. The scheduling conference currently set for May 21, 2024, is continued to **July 11, 2024**, at **2:00 p.m.** in **Courtroom 9**; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE