# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL BROADCASTING CORP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUKHDEV SINGH DHILLON, et al.,<br><br>Defendants. | Case No. 1:24-cv-00029-JLT-SAB<br><br>ORDER DISCHARGING JULY 11, 2024 ORDER TO SHOW CAUSE<br><br>(ECF No. 25) |

On July 11, 2024, an order issued requiring Plaintiffs to show cause for counsel Thornton Davidson's failure to appear at the July 11, 2024 scheduling conference.  (ECF No. 25.)  The order also required Plaintiffs to pay sanctions remaining outstanding from a prior order to show cause.  (Id. at 2.)  On this same date, Plaintiffs filed a declaration stating that Mr. Davidson had mistakenly set his alarm for a half hour after the scheduled starting time and apologizing for any inconvenience to the Court and the parties.  (ECF No. 23.)  On July 15, 2024, Plaintiffs filed a notice that the prior sanctions were paid.  (ECF No. 27.)

The Court finds good cause to discharge the July 11, 2024 order to show cause.

Accordingly, the July 11, 2024 order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 16, 2024**

UNITED STATES MAGISTRATE JUDGE

1