1  Thornton Davidson #166487
   THORNTON DAVIDSON, P.C.
2  1195 West Shaw Ave, Suite A
3  Fresno, California 93711
   Tel: (559) 476-5064
4  Fax: (559) 421-0368
   E-mail: thornton@thorntondavidsonlaw.com
5
   Attorneys for Plaintiffs
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| AKAL BROADCASTING CORP., a California corporation; XL MEDIA (CA), INC., a California corporation; AKAL MEDIA, INC., a Washington corporation; CHARANJIT S. BATTH, an individual; NACHHATAR S. DHALIWAL, an individual; BALRAJ S. BRAR, an individual; NAZAR S. KOONER, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SUKHDEV SINGH DHILLON, a Canadian citizen; MOHAN S CHEEMA; TARNVIR S BISLA; JAGDEEP S DHALIWAL; BAAZ BROADCASTING CORP., a Washington corporation; RADIO PUNJAB, INC., a California corporation; AMAR BROADCASTING INC., a Washington corporation; TEG BROADCASTING INC., a Washington corporation; RADIO SPICE USA INC., a California corporation; and DOES 1-50,<br><br>                    Defendants. | Case No.: 1:24-CV-00029-SAB<br><br>**[PROPOSED] ORDER ON STIPULATION TO ARBITRATE CLAIMS AND STAY CASE PENDING ARBITRATION** |

   Having reviewed the parties' stipulation to arbitrate and stay this case (Doc. 29) and good cause appearing, IT IS HEREBY ORDERED that:

   (1)    The Stipulation is **APPROVED**.

  (2) All claims in this lawsuit brought by Plaintiffs against all Defendants **SHALL BE SUBMITTED TO BINDING ARBITRATION** before a mutually agreeable arbitrator. Plaintiffs shall be responsible for initiating the arbitration.

  (3) This lawsuit is **STAYED** pending the outcome of arbitration.

  (4) This Court shall retain jurisdiction over this matter pending the Parties' full and complete participation in binding arbitration, including the power to confirm any potential arbitration award and to enter any judgment, as necessary.

  (5) All pending deadlines in this matter are **VACATED**.

  (6) Starting on the date of this order, every 90 days or within 14 days of the completion of arbitration, whichever is sooner, the parties shall file a joint status report updating the Court on the progress of the arbitration or shall file dispositional documents.

IT IS SO ORDERED.

Dated: **June 23, 2025**         */s/ Jennifer L. Thurston*
                     UNITED STATES DISTRICT JUDGE