# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL BROADCASTING CORP, et al., <br><br>Plaintiffs, <br><br>v. <br><br>SUKHDEV SINGH DHILLON, et al., <br><br>Defendants. | Case No. 1:24-cv-00029-JLT-SAB <br><br> ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING ARBITRATION <br><br>(ECF No. 30) <br><br>**OCTOBER 3, 2025 DEADLINE** |

On June 24, 2025, the District Judge granted the parties' stipulation to stay this matter pending arbitration. (ECF No. 30.) Part of the stipulation included that "every 90 days or within 14 days of the completion of arbitration, whichever is sooner, the parties shall file a joint status report updating the Court on the progress of the arbitration or shall file dispositional documents." (Id.) Ninety days has now passed, and the parties have not filed a joint status report or dispositional documents.

///

///

///

///

///

1    Accordingly, the Court DIRECTS the parties to file a joint status report or dispositional documents by **October 3, 2025**.[1]  Should the parties fail to comply with this order, the Court will consider imposing sanctions.

IT IS SO ORDERED.

Dated:    **September 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The next 90-day deadline shall be calculated from October 3, 2025.