Thornton Davidson #166487
THORNTON DAVIDSON, P.C.
1195 West Shaw Ave, Suite A
Fresno, California 93711
Tel: (559) 476-5064
Fax: (559) 421-0368
E-mail: thornton@thorntondavidsonlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| AKAL BROADCASTING CORP., a California corporation; XL MEDIA (CA), INC., a California corporation; AKAL MEDIA, INC., a Washington corporation; CHARANJIT S. BATTH, an individual; NACHHATAR S. DHALIWAL, an individual; BALRAJ S. BRAR, an individual; NAZAR S. KOONER, an individual,<br><br>               Plaintiffs,<br><br>vs.<br><br>SUKHDEV SINGH DHILLON, a Canadian citizen; MOHAN S CHEEMA; TARNVIR S BISLA; JAGDEEP S DHALIWAL; BAAZ BROADCASTING CORP., a Washington corporation; RADIO PUNJAB, INC., a California corporation; AMAR BROADCASTING INC., a Washington corporation; TEG BROADCASTING INC., a Washington corporation; RADIO SPICE USA INC., a California corporation; and DOES 1-50,<br><br>               Defendants. | Case No.: 1:24-CV-00029-SAB<br><br>**JOINT STATUS REPORT RE: PROGRESS OF ARBITRATION** |

## JOINT STATUS REPORT

Plaintiffs AKAL BROADCASTING CORP., XL MEDIA (CA), INC., MEDIA, INC., CHARANJIT S. BATTH, NACHHATAR S. DHALIWAL, BALRAJ S. BRAR, and NAZAR S. KOONER, (collectively "Plaintiffs") and SUKHDEV SINGH DHILLON, MOHAN S CHEEMA, TARNVIR S BISLA, JAGDEEP S DHALIWAL, BAAZ BROADCASTING CORP., RADIO PUNJAB, INC., AMAR BROADCASTING INC., TEG BROADCASTING INC., RADIO SPICE USA INC., (collectively "Defendants") submit the following Joint Status Report:

On June 23, 2025, the Honorable Jennifer L. Thurston, stayed the lawsuit filed in the United States District Court for the Eastern District of California pending the outcome of arbitration. All pending deadlines in the matter were vacated. It was ordered that every 90 days or within 14 days of the completion of arbitration, whichever is sooner, the parties shall file a joint status report updating the Court on the progress of the arbitration.

To date, Plaintiffs have not initiated arbitration proceedings. The parties are prepared to proceed with arbitration; however, the proceedings have been delayed due to scheduling conflicts arising from Plaintiff's counsel's trial obligations. Plaintiff's counsel has been preparing for trial, attending trial proceedings, and completing post-trial briefs in other matters with court-imposed deadlines that could not be reasonable rearranged for the following five cases:

   a. The trial for *Neel v. SLS, et al.* Santa Cruz Superior Court case number 22CV01758 which began on August 18, 2025 and still has final briefs due.

   b. The trial for *Akin v. Mendoza, et al.* Santa Cruz Superior Court case number 24CV02082 is scheduled to begin October 1, 2025. This trial is expected to last seven days.

   c. The third trial, *Marzban v. Gavande, et al.*, Santa Cruz Superior Court case number 22CV02743, is scheduled to begin on October 20, 2025. The trial is expected to last a week.

   d. The fourth trial, *Paradise Park Masonic Club, Inc. v. Greg Laskey*, Santa Cruz Superior Court case number 23CV01033, is scheduled to begin on November 17, 2025. The trial is expected to last one week.



JOINT STATUS REPORT RE: PROGRESS OF ARBITRATION

e. The fifth trial, *Servano Huitzil Quijada v. Gogris Corporation, et al.*, Alameda Superior Court case number 22CV011120, is scheduled to begin on January 20, 2026. The trial is expected to last seven days.

Plaintiffs expect to be able to complete Arbitration by January 2026. The parties will file an updated joint status report within 90 days to advise the Court of the progress in scheduling and completing the arbitration proceedings.

Dated: October 1, 2025

*Thornton Davidson*
Thornton Davidson
Attorney for Plaintiffs

Dated: September 30, 2025

Donald G. Walker
Attorney for Defendants

**JOINT STATUS REPORT RE: PROGRESS OF ARBITRATION**

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
COUNTY OF FRESNO     )   ss.

I certify and declare as follows:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 1195 W. Shaw Ave, Suite A, Fresno, California 93711-3242, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United Stated Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 1, 2025, at my place of business in Fresno, California, I served the within:

- **Joint Status Report Re: Progress of Arbitration**

as follows:

| Donald Walker<br>99 Elm Ave<br>Larkspur, CA 94939<br>(415) 602-2620<br>legalfirm@pacbell.net | Attorney for Defendants |
|---|---|

[X]   BY EMAIL: I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 1, 2025, at Fresno, California.

       /s/ *Letitia Sanches*
       Letitia Sanches