# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL BROADCASTING CORP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUKHDEV SINGH DHILLON, et al.,<br><br>Defendants. | Case No. 1:24-cv-00029-JLT-SAB<br><br>ORDER DISCHARGING JULY 14, 2026 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 37, 38, 39)<br><br>**OCTOBER 8, 2026 DEADLINE** |

On July 14, 2026, the Court ordered the parties to show cause in writing why sanctions should not be imposed for failure to file a status report and failure to comply with the Court's July 6, 2026 order. (ECF No. 37.) On July 14, 2026, the parties filed a status report, indicating that arbitration is scheduled to take place in this matter on April 14 and April 15, 2027.[1] (ECF No. 38.) On July 19, 2026, Defendant Dhillon filed a response to the order to show cause. (ECF No. 39.) Upon review of the status report and response, the Court is satisfied and will discharge the order to show cause. That said, going forward, the parties are admonished to comply with the Court's orders which are *requirements* and not suggestions. Furthermore, this and other instances involving orders to show cause will be considered by the Court should sanctions be appropriate in the future. (See ECF Nos. 13, 16, 25, 37.)

/ / /

[1] The parties state April 2026, which the Court believes is a scrivener's error.

Accordingly, the Court HEREBY DISCHARGES the July 14, 2026 order to show cause. (ECF No. 37.) For clarity, the next deadline to file a status report is **October 8, 2026**.

IT IS SO ORDERED.

Dated: **July 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge